554 June 26, 2024 No. 458

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Sandra HOWARD
and Nick Petersen,
*Petitioners,*

*v.*

TILLAMOOK COUNTY,
*Respondent.*

Land Use Board of Appeals
2023068; A183834

Argued and submitted May 15, 2024.

Heather A. Brann argued the case for petitioners. Also on the brief was Heather A. Brann PC.

Daniel Kearns argued the cause for respondent. Also on the brief was Reeve Kearns PC.

Before Jacquot, Presiding Judge, Lagesen, Chief Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed. *Akiyama v. Tillamook County*, 333 Or App 315, ___ P3d ___ (June 26, 2024).